**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Gene JUSTICE, Defendant–**
**Appellant.**

**No. 15–10895**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/22/2016

James Wesley Hendrix, Assistant U.S. Attorney, Dallas, TX, for Plaintiff–Appellee.

Richard Gene Justice, FCI El Reno, El Reno, OK, for Defendant–Appellant.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Richard Gene Justice has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 .U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Justice has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANT-

---

ED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.